UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
STANSCI MOISES RODRIGUEZ,

                        Plaintiffs,

      -against-

SAMMY LEE BUCKNER and NATIONAL
CARRIERS, INC.,

                      Defendants-Petitioners.
---------------------------------------------------------------------------x

**Civil Action No.:**

**NOTICE OF REMOVAL**

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NEW YORK

      Defendants-Petitioners, SAMMY LEE BUCKNER and NATIONAL CARRIERS, INC. file this notice to remove the foregoing case to the United States District Court for the Eastern District of New York, and respectfully show this Court:

      1.    A civil action was commenced in the Supreme Court of Queens County, State of New York, in which the above-named individual, STANSCI MOISES RODRIGUEZ is the plaintiff and the petitioners are defendants SAMMY LEE BUCKNER and NATIONAL CARRIERS, INC. The action is entitled <u>ARTHUR O. ELLIS v. DANIEL NIETO DBA 3D TRUCKING AND RUDY SAUCEDA</u> and bears Index Number 724200/2022. A copy of all pleadings are annexed hereto collectively as **Exhibit "A."**

      2.    This is a civil action seeking damages arising out of a motor vehicle accident allegedly caused by the defendants' negligence. The plaintiff alleges personal injuries. On or about April 10, 2023, defendants-petitioners served plaintiff with a demand for a statement of damages pursuant to CPLR § 3017(c). A copy of defendants' CPLR § 3017(c) demand is annexed hereto as **Exhibit "B"**.

93717134.1

3. On April 19, 2023, plaintiffs' counsel served a response to defendants-petitioners' demand pursuant to CPLR § 3017(c), demanding a sum of five million dollars ($5,000,000) for damages allegedly sustained as a result of the subject accident. A copy of plaintiff's response to defendants' demand pursuant to CPLR § 3017(c) is annexed hereto as **Exhibit "C".** Accordingly, the amount in controversy in this suit is in excess of $75,000.

3. This action involves a controversy between a citizen of the State of New York, a citizen of the State of Kansas and a Kansas corporation with its principal place of business in the State of Kansas, in that: (a) the plaintiff STANSCI MOISES RODRIGUEZ is now, and was at the time said action was commenced, a resident of the State of New York, (b) petitioner SAMMY LEE BUCKNER was at the time of the accident and remains a resident and domiciliary of the State of Kansas, and (c) petitioner NATIONAL CARRIERS, INC. was at the time of the accident and remains a Kansas Corporation with its principal place of business in the State of Kansas.

4. The above action was commenced against defendants-petitioners on or after November 16, 2022 in New York Supreme Court, County of Queens. See pleadings, annexed hereto as **Exhibit "A."**

5. On or about April 10, 2023, defendant-petitioners SAMMY LEE BUCKNER and NATIONAL CARRIERS, INC. filed an Answer to the Amended Summons and Complaint in State Court. See pleadings, annexed hereto as **Exhibit "A."** No proceedings have occurred in the state court action.

6. Said action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between the plaintiff and the defendants.

7. Defendants SAMMY LEE BUCKNER and NATIONAL CARRIERS, INC. are the petitioners for the removal of this case to this Court.

8. This motion is filed within thirty (30) days after receipt by defendants-petitioners of Plaintiff's response to Defendants' demand for a statement of damages pursuant to CPLR § 3017(c). See **Exhibit "C."**

9. Written filing of this motion will be given to the plaintiff promptly after the filing of this motion, as is required by law.

10. A true and correct copy of this motion will be filed with the Clerk of the Supreme Court of Queens County, State of New York promptly after the filing of this motion, as is required by law.

11. Attached to this motion, and by reference made a part hereof, are true and correct copies of all process, pleadings and orders filed in the aforesaid action.

12. By filing this Notice of Removal, petitioners do not waive any defense which may be available to them, specifically including, but not limited to, their right to contest in personal jurisdiction over the petitioners, improper service of process upon the petitioners, and the absence of venue in this Court or in the court from which the action has been removed.

**WHEREFORE**, petitioners pray that this action proceed in this Court as an action properly removed thereto.

Dated: New York, New York
April 24, 2023

Yours etc.,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Jennifer R. Harris* /s/
_____
Jennifer Harris (JH-7826)
Attorneys for Defendants-Petitioners
**SAMMY LEE BUCKNER and**
**NATIONAL CARRIERS, INC.**
77 Water Street, Suite 2100
New York, NY 10005
(212) 232-1300
Our File No.: 31165.467

TO:

THE TADCHIEV LAW FIRM, P.C.
Attorneys for Plaintiff
STANSCI MOISES RODRIGUEZ
299 Jericho Turnpike
Floral Park, New York 11001
T: (718) 380-1200

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, the foregoing document, **NOTICE OF REMOVAL**, was served via first class mail upon:

> THE TADCHIEV LAW FIRM, P.C.
> Attorneys for Plaintiff
> STANSCI MOISES RODRIGUEZ
> 299 Jericho Turnpike
> Floral Park, New York 11001
> T: (718) 380-1200

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
April 24, 2023

*Jennifer R. Harris* /s/
_____
Jennifer Harris (JH-7826)